No. 1004. CLARKE, ADMINISTRATRIX, *v.* STORCHAK. May 29, 1944. *Per Curiam:* The motion to dismiss is granted and the

appeal is dismissed for want of a substantial federal question. *Silver* v. *Silver*, 280 U. S. 117. *Messrs. John E. Owens* and *Thomas L. Owens* for appellant. *Mr. Edward R. Adams* for appellee.